**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GARY VELORIC AND NANCY VELORIC     :     No. 664 MAL 2015
                                                              :
                                                              :
              v.                                        :     Petition for Allowance of Appeal from
                                                              :     the Order of the Superior Court
                                                              :
JOHN DOE AND/OR JANE DOE          :
                                                              :
                                                              :
PETITION OF: BRAD HEFFLER          :

# <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of October 2015, the Petition for Allowance of Appeal is **DENIED**. The Emergency Motion for Stay is **DISMISSED** as moot.